# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Ludwig, Brett H. | 2. Court or Organization  U.S. Bankruptcy Court, Eastern District of Wisconsin | 3. Date of Report  08/08/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (withdrew effective 2/15/17) | Foley & Lardner LLP |
| 2. | Director (resigned effective 2/1/17) | Mequon Thiensville Education Foundation |
| 3. | Adjunct Professor | Marquette University Law School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 02/06/17 | Withdrawal Agreement with Foley & Lardner LLP that confirms exact amounts to be paid post withdrawal. |
| 2. | | |
| 3. | | |

**FINANCIAL DISCLOSURE REPORT**

Page 2 of 11

Name of Person Reporting

Ludwig, Brett H.

Date of Report

08/08/2018

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 3/2017 | Foley & Lardner -- law partnership distributions (gross) | $630,000.00 |
| 2. 1/2017 | Marquette University Law School -- adjunct professor appointment | $2,875.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Marquette University Law School -- adjunct professor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Wisconsin State Bar | March 1-3, 2017 | Kohler, WI | Speaker | Lodging, meals |
| 2. | Wisconsin State Bar | April 27-28, 2017 | Eau Claire, WI | Speaker | Lodging, meals, mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 08/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BMO Harris Cash Accounts | A | Interest | N | T | | | | | |
| 2.  Northwestern Mutual Whole Life I | B | Dividend | L | T | | | | | |
| 3.  Northwestern Mutual Whole Life II | B | Dividend | K | T | | | | | |
| 4.  Northwestern Mutual Adjustable CompLife | A | Dividend | J | T | | | | | |
| 5.  Edvest 529 Account - Balanced Portfolio - 3437 | D | Dividend | L | T | | | | | |
| 6.  American Funds 529 Account - College 2021 Fund | C | Dividend | M | T | | | | | |
| 7.  VARIABLE LIFE INS POLICY (H) | | | | | | | | | |
| 8.  MSA/The Boston Company Growth Stock | A | Dividend | K | T | | | | | |
| 9.  MSA Index 400 Stock | A | Dividend | K | T | | | | | |
| 10.  MSA Index 500 Stock | A | Dividend | K | T | | | | | |
| 11.  MSA/Franklin Templeton Int'l Equity | A | Dividend | K | T | | | | | |
| 12.  MSA/Wellington Mgmt Small Cap Growth | A | Dividend | K | T | | | | | |
| 13.  IRA #1 (H) | | | | | | | | | |
| 14.  VANGUARD FED MMF | A | Interest | M | T | Open | 06/07/17 | P1 | | |
| 15.  VANGUARD TARGET RET 2035 I (VTTHX) | E | Dividend | P1 | T | Buy | 06/20/17 | P1 | | |
| 16.  IRA #2 (H) | | | | | | | | | |
| 17.  VANGUARD FED MMF | A | Interest | J | T | Open | 06/07/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ludwig, Brett H. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD TARGET RET 2035 I (VTTHX) | A | Dividend | K | T | Buy | 06/19/17 | K | | |
| 19. IRA #3 (H) | | | | | | | | | |
| 20. Northwestern Mutual Money Market (Y) | | | | | | | | | |
| 21. American Funds The Bond Fund of America (ABNDX) | A | Dividend | J | T | | | | | |
| 22. American Funds Europacific Growth Fund (AEPGX) | A | Dividend | J | T | | | | | |
| 23. American Funds The Growth Fund of America (AGTHX) | B | Dividend | J | T | | | | | |
| 24. American Funds New Perspective Fund (ANWPX) | A | Dividend | J | T | | | | | |
| 25. American Funds Smallcap World Fund (SMCWX) | A | Dividend | J | T | | | | | |
| 26. Vanguard Life Strategy Growth Portfolio (VASGX) | A | Dividend | J | T | | | | | |
| 27. Vanguard US Growth Fund (VWUSX) | A | Dividend | J | T | | | | | |
| 28. Vanguard 500 Index (VFINX) | A | Dividend | J | T | | | | | |
| 29. American Funds Washington Mutual Investors Fund (AWSHX) | A | Dividend | J | T | | | | | |
| 30. IRA #4 (H) | | | | | | | | | |
| 31. Northwestern Mutual Money Market (Y) | | | | | | | | | |
| 32. American Funds The Bond Fund of America (ABNDX) | A | Dividend | J | T | | | | | |
| 33. American Funds Europacific Growth Fund (AEPGX) | A | Dividend | J | T | | | | | |
| 34. American Funds The Growth Fund of America (AGTHX) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds New Perspective Fund (ANWPX) | A | Dividend | J | T | | | | | |
| 36. American Funds Smallcap World Fund (SMCWX) | A | Dividend | J | T | | | | | |
| 37. American Funds Washington Mutual Investors Fund (AWSHX) | A | Dividend | J | T | | | | | |
| 38. 401K #1 (H) | | | | | | | | | |
| 39. Fidelity Contrafund (FCNTX)) | A | Dividend | | | Buy (add'l) | 03/03/17 | J | | |
| 40. | | | | | Sold | 05/31/17 | M | G | |
| 41. Harbor Capital Appreciation Instl (HACAX) | | None | | | Buy (add'l) | 03/03/17 | J | | |
| 42. | | | | | Sold | 05/31/17 | M | E | |
| 43. Franklin Small Cap Growth R6 (FSMLX) | | None | | | Sold | 05/31/17 | K | B | |
| 44. Vanguard Value Index I (VIVAX) | A | Dividend | | | Buy (add'l) | 03/03/17 | J | | |
| 45. | | | | | Sold | 05/31/17 | M | D | |
| 46. Aberdeen Emerging Markets Instla (ABEMX) | | None | | | Buy (add'l) | 03/03/17 | J | | |
| 47. | | | | | Sold | 05/31/17 | L | B | |
| 48. AllianzGI Intn'l Small-Cap Instl (DGSCX) | | None | | | Sold | 05/31/17 | L | C | |
| 49. Artisan Int'l Instl (ARTIX) | | None | | | Sold | 05/31/17 | L | D | |
| 50. Baird Aggregate Bond Inst (BAGIX) | A | Dividend | | | Buy (add'l) | 03/03/17 | J | | |
| 51. | | | | | Sold | 05/31/17 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFA Int'l Instl (DFIEX) | | None | | | Sold | 05/31/17 | K | D | |
| 53. Oppenheimer Steelpath MLP Select 40 (MLPFX) | A | Dividend | | | Sold | 05/31/17 | K | D | |
| 54. PIMCO Commodity Real Ret Strat Instl (PCRIX) | A | Dividend | | | Sold | 05/31/17 | K | | |
| 55. RPC fund (RES) | | None | | | Sold | 05/31/17 | M | F | |
| 56. Dodge & Cox Int'l Stock (DODFX) | | None | | | Buy (add'l) | 03/03/17 | J | | |
| 57. | | | | | Sold | 05/31/17 | L | E | |
| 58. PIMCO Foreign Bond (USD-Hedged) (PFORX) | A | Interest | | | Buy (add'l) | 03/03/17 | J | | |
| 59. | | | | | Sold | 05/31/17 | L | | |
| 60. PIMCO High Yield Instl (PHIYX) | B | Interest | | | Sold | 05/31/17 | L | | |
| 61. Nuveen Real Estate Securities I (FARCX) | A | Dividend | | | Sold | 05/31/17 | K | | |
| 62. Vanguard Inflation-Protected Secs I (VIPSX) | A | Dividend | | | Buy (add'l) | 03/03/17 | J | | |
| 63. | | | | | Sold | 05/31/17 | L | | |
| 64. 401K #2 (H) | | | | | | | | | |
| 65. Northwestern Mutual Annual Fixed Rate Fund ( | C | Dividend | N | T | | | | | |
| 66. T Rowe Price Real Estate Fund (TRREX) | A | Dividend | K | T | | | | | |
| 67. Loomis Sayles Small Cap Growth Fund (LSSIX) | A | Dividend | J | T | | | | | |
| 68. Vanguard Target Retirement 2035 Trust II | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Mid-Cap Index Fund (VMCPX) | A | Dividend | L | T | | | | | |
| 70. Vanguard Total Int'l Stock Index Fund (VTSNX) | A | Dividend | J | T | | | | | |
| 71. Vanguard Total Stock Market Index Fund (VSMPX) | A | Dividend | K | T | | | | | |
| 72. Vanguard Total Bond Market Index Fund (VBTIX) | A | Dividend | K | T | | | | | |
| 73. BROKERAGE #1 (H) | | | | | | | | | |
| 74. Dreyfus General Money Market Fund Class B (Y) | | | | | | | | | |
| 75. American Funds Europacific Growth Fund (AEPGX) | C | Dividend | L | T | | | | | |
| 76. American Funds The Growth Fund of America (AGTHX) | D | Dividend | M | T | | | | | |
| 77. American Funds Smallcap World Fund (SMCWX) | D | Dividend | M | T | | | | | |
| 78. American Funds Washington Mutual Investors Fund (AWSHX) | D | Dividend | M | T | | | | | |
| 79. BROKERAGE #2 (H) | | | | | | | | | |
| 80. Dreyfus Money Market Fund (Y) | | | | | | | | | |
| 81. American Funds Europacific Growth Fund (AEPGX) | A | Dividend | J | T | | | | | |
| 82. American Funds The Growth Fund of America (AGTHX) | D | Dividend | M | T | | | | | |
| 83. American Funds New Perspective Fund (ANWPX) | D | Dividend | M | T | | | | | |
| 84. American Funds Smallcap World Fund (SMCWX) | D | Dividend | L | T | | | | | |
| 85. American Funds The Tax-Exempt Bond Fund of America (AFTEX) | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 08/08/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. OTHER HOLDINGS (H) | | | | | | | | | |
| 87. Foley & Lardner LLP Cash Balance Plan | D | Int./Div. | | | Closed | 06/07/17 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludwig, Brett H. | 08/08/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 4: No underlying assets.

Accounts in Part VII have been restructured in this report. Header lines 7, 19, 30, 38, 64, 73, and 79 correspond respectively with header lines 31, 61, 37, 7, 45, 25, and 54 of the initial report.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Brett H. Ludwig**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544